149 A.3d 547

**STATE of Maryland**

v.

**CRAWLEY, Anthony Allen**

**Pet. Docket No. 343, Sept. Term, 2016**

Court of Appeals of Maryland.

November 15, 2016

Opinion of the Court of Special Appeals unreported (No. 467, Sept. Term, 2013).

Petition for writ of certiorari granted.

■

149 A.3d 547

**REGER**

v.

**WASHINGTON CO. BOARD OF EDUCATION**

**Pet. Docket No. 366, September Term, 2016**

Court of Appeals of Maryland.

November 22, 2016

Opinion of the Court of Special Appeals unreported (No. 1937, Sept. Term, 2014).

Petition for writ of certiorari granted.